**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UDAYSAREE YENIGANDLA and
SATISH CHINTALAPUDI,

Plaintiffs,

v.

CARRIE M. SELBY, et al.,

Defendants.

CV 26-414 PA (KSx)

JUDGMENT

Pursuant to the Court's June 22, 2026 Minute Order granting the Motion to Dismiss filed by defendants Carrie M. Selby and Joseph Edlow (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action commenced by plaintiffs Udaysaree Yenigandla and Satish Chintalapudi (collectively "Plaintiffs") is dismissed without prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendants have their costs of suit.

DATED: June 22, 2026

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE